JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OC MODELING, LLC, | CV 20-1687 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL RICHARD POMPEO, | |
| Defendants. | |

Pursuant to the Court's October 7, 2020 Order granting Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing.

IT IS SO ORDERED.

DATED: October 8, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE